UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

---

BILL ZUCKERMAN, individually and on behalf of
all others similarly situated,

    Plaintiff,

vs.                                                           Civil Action No.:3:11-0147
                                                          **Judge Sharp**
                                                          **Magistrate Judge Knowles**

FEDCORP, INC., and Ryan Smith d/b/a Smith
Vending Services,

    Defendant

---

## NOTICE OF VOLUNTARY DISMISSAL

    Comes now the Plaintiff and hereby notices the Defendants that Plaintiff requests a voluntary dismissal without prejudice of the Defendant, FEDCORP, INC., and the Plaintiff is submitting a proposed ODER OF DISMISSAL of the Defendant, FEDCORP, INC.

                                                             Respectfully submitted,

                                                              **TODD AND SPENCER**

                                                               **By:** s/Henry F. Todd, Jr.
                                                                     Henry F. Todd, Jr.
                                                                     404 East College St., Suite I
                                                                     Dickson, TN 37055
                                                                     (615) 446-0511 - telephone
                                                                     (615) 441-3437 - facsimile
                                                                     e-mail: henrytoddjr@bellsouth.net

1

**TRAVIS, CALHOUN & CONLON, P.C.**

By: s/Eric G. Calhoun
    Eric G. Calhoun, Esq.
    1000 Providence Towers East
    5001 Spring Valley Road
    Dallas, Texas 75244
    (972) 934-4100 – telephone
    (972) 934-4101 – facsimile
    e-mail: eric@travislaw.com

*Attorneys for Plaintiff and Proposed Class Counsel*

### Certificate of Service

I, Henry F. Todd, Jr., Attorney for the Plaintiff, hereby certify that on the 6th day of June, 2011, a true and correct copy of the foregoing has been served upon filing users through the Electronic Filing System and to all parties not served through the Electronic Filing System via U. S. Mail to:


Ryan Smith
Smith Vending Services
100 James Robertson Pkwy.
Nashville, TN 37215

Attorney for FEDCORP, Inc.
Bryan D. Smith
Partridge, Smith, P.C.
3601 Spring Hill Business Park, Suite 102
Mobile, Alabama 36608
Telephone:  (251) 338-0566
Direct Dial:  (251) 378-3617
Facsimile:   (251) 338-0571
bryansmith@partridgesmith.com