UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

---

BILL ZUCKERMAN, individually and on behalf of
all others similarly situated,

    Plaintiff,

vs.                                                        Civil Action No.:3:11-0147
                                                             Judge Sharp
                                                             Magistrate Judge Knowles

FEDCORP, INC., and Ryan Smith d/b/a Smith
Vending Services,

    Defendant

---

### ORDER OF DISMISSAL

This cause came on pursuant to the NOTICE OF VOLUNTARY DISMISSAL of the Plaintiff as to the Defendant, FEDCORP, INC., before the Honorable Kevin H. Sharp.

It is therefore ORDERED that the Defendant, FEDCORP, INC., is hereby dismissed without prejudice from this cause.

                                                               **Judge Kevin H. Sharp**

*/s/ Kevin H. Sharp*

### Certificate of Service

I, Henry F. Todd, Jr., Attorney for the Plaintiff, hereby certify that on the 6th day of June, 2011, a true and correct copy of the foregoing has been served upon filing users through the Electronic Filing System and to all parties not served through the Electronic Filing System via U. S. Mail to:

1