UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

|  |  |  |
|---|---|---|
| **BILL ZUCKERMAN** | ) ) ) | Case No. 3:11CV0147 |
| v. | ) ) | JUDGE SHARP |
| **FEDCORP, INC, et al.** | ) ) ) |  |

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on September 2, 2011.

      KEITH THROCKMORTON, CLERK
      s/Dalaina Thompson, Deputy Clerk